FILED'09 AUG 11 13:25 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEEANN HANEY,
    Plaintiff,

CV# 08-378-AA

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

---

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5980.92 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No costs or expenses are to be paid. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310.

    DATED this  11  day of August 2009.

*Ann Aiken* (signature)

Ann L. Aiken
United States District Judge